**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 01-10209

_____


AILEEN FEINGOLD,

Plaintiff - Appellant,


VERSUS


DELTA AIR LINES, INC., Etc. ET AL.,

Defendants,

DELTA AIR LINES, INC., a corporation qualified to do business
in Texas; MICHAEL YOUNG,

Defendants - Appellees.

_____

Appeal from the United States District Court
For the Northern District of Texas, Dallas
3:99-CV-728-D
_____

May 21, 2002

Before DAVIS, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. <u>See</u> 5th Circ. Rule 47.6.

----

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.